UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>              Defendant. | C19-645 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to stay litigation, docket no. 8, is treated as a motion for extension and is GRANTED as follows. The deadline for counsel to confer and file a Joint Status Report as required by the Order entered May 16, 2019, docket no. 6, is EXTENDED from August 16, 2019, to October 2, 2019. This case remains on the active docket.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of July, 2019.

                                                      William M. McCool
                                                      Clerk

                                                      s/Karen Dews
                                                      Deputy Clerk

MINUTE ORDER - 1