# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NATIONAL PARKS
CONSERVATION ASSOCIATION,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF THE NAVY,

    Defendant.

C19-645 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 10, is GRANTED in part and STRICKEN in part as moot. The request to extend the deadline for defendant to file a responsive pleading or motion is GRANTED, and such deadline is EXTENDED to November 8, 2019. The request to extend the deadline for the parties to file a Joint Status Report is STRICKEN as moot.

(2) Having reviewed the parties' Joint Status Report, docket no. 11, the Court SETS the following deadlines:

- Defendant shall file any dispositive motion by March 30, 2020, and shall note such motion for May 22, 2020; such brief shall not exceed twenty-four (24) pages in length;

- Plaintiff shall file any cross-motion, consolidated with its response to defendant's motion, by April 30, 2020, and shall note such cross-motion for May 22, 2020; such brief shall not exceed thirty (36) pages in length;

MINUTE ORDER - 1

- Defendant's response to plaintiff's cross-motion, consolidated with its reply in support of its own motion, shall be filed by May 18, 2020; such brief shall not exceed eighteen (18) pages in length; and

- Plaintiff's reply in support of its cross-motion shall be filed by May 22, 2020; such brief shall not exceed six (6) pages in length.

(3) If the parties reach a settlement in principle, they shall immediately advise the Court by contacting Karen Dews at (206) 370-8830.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of October, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2