UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PARKS
CONSERVATION ASSOCIATION,

        Plaintiff,

v.

UNITED STATES DEPARTMENT
OF THE NAVY,

        Defendant.

C19-645 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for leave to file a supplemental complaint, docket no. 14, is GRANTED. Plaintiff shall electronically file its supplemental complaint within seven (7) days of the date of this Minute Order. Defendant's responsive pleading or motion shall be filed within fourteen (14) days after the supplemental complaint is filed.

(2) The deadlines for dispositive motions and related briefing set forth in the Minute Order entered October 3, 2019, docket no. 12, are STRICKEN. Within twenty-eight (28) days after the supplemental complaint is filed, or by April 10, 2020, whichever is earlier, the parties shall meet and confer and file a Joint Status Report setting forth proposed deadlines for dispositive motions and related briefing.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

                                         William M. McCool
                                         Clerk

                                         s/Karen Dews
                                         Deputy Clerk

MINUTE ORDER - 2