1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PARKS CONSERVATION
ASSOCIATION,

                        Plaintiff,

            v.

U.S. DEPARTMENT OF THE NAVY,

                        Defendant.

C19-645 TSZ

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     Plaintiff's unopposed motion, docket no. 25, for leave to file an overlength
motion for summary judgment, is GRANTED.  Plaintiff's motion for summary judgment
shall not exceed twenty-nine (29) pages in length.  Any response shall not exceed twenty-
nine (29) pages in length, and any reply shall not exceed fourteen-and-a-half (14½) pages
in length.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 26th day of May, 2020.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1