UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | C19-645 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiff's motion for reconsideration, docket no. 54, is DEFERRED and RENOTED to January 8, 2021.  On or before January 4, 2021, defendant shall file a response, which shall not exceed eight (8) pages in length.  Any reply, which shall not exceed four (4) pages in length, shall be filed by the new noting date.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of December, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1