THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF NAVY,<br><br>Defendant. | Case No. 2:19-cv-645-TSZ<br><br>STIPULATED MOTION TO EXTEND DEADLINES AND [PROPOSED] ORDER<br><br>**Noted on Motion Calendar: December 21, 2020** |

Plaintiff National Parks Conservation Association ("NPCA") and Defendant the United States Department of Navy ("Navy") by and through their respective counsel, stipulate and jointly move the Court to extend certain deadlines as follows. The parties have conferred in good faith and agree that there is good cause to extend the following deadlines to accommodate for scheduling conflicts and challenges of counsel and parties. The Navy also anticipates releasing additional documents that may narrow the issues in dispute during the short, approximately two week, extension for further submissions to the Court. Therefore, the parties jointly stipulate that there is good cause and request that the Court extend the following deadlines. *See* LCR 7(d)(1), 10(g).

STIPULATED MOTION TO EXTEND DEADLINES
2:19-cv-645-TSZ
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Prior Deadline | New Deadline (Proposed) |
|---|---|---|
| NPCA's Supplemental Response as Directed by Court Order, Dkt. 50 | December 28, 2020 | January 11, 2021 |
| Navy's Response to NPCA's Motion for Reconsideration, Dkt. 54 | January 4, 2021 | January 19, 2021 |
| Navy's Reply to NPCA's Supplemental Response | January 8, 2021 | January 25, 2021 |
| NPCA's Reply to Navy's Response to Motion for Reconsideration | January 8, 2021 | January 28, 2021 |

**DATED** this 21st day of December, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-4358
Fax:  206-553-4067
Email:  katie.fairchild@usdoj.gov
*Attorneys for Defendant*

*s/ Thomas Buchele*
Thomas Buchele (*pro hac vice* OSB #081560)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
tbuchele@lclark.edu

*s/ Claire E. Tonry*
Claire E. Tonry (WSBA #44497)

STIPULATED MOTION TO EXTEND DEADLINES
2:19-cv-645-TSZ
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | |
| 2 | SMITH & LOWNEY, PLLC |
| | 2317 East John Street |
| | Seattle, Washington 98112 |
| 3 | (206) 860-2883 |
| | *Attorneys for Plaintiff* |
| 4 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION TO EXTEND DEADLINES
2:19-cv-645-TSZ
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this ___ day of December, 2020.

_____
THOMAS S. ZILLY
United States District Court Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:19-cv-645-TSZ
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970