UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PARKS CONSERVATION ASSOCIATION,

  Plaintiff,

v.

U.S. DEPARTMENT OF THE NAVY,

  Defendant.

C19-645 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In this action brought under the Freedom of Information Act, defendant United States Department of the Navy ("Navy") has invoked Exemption 3 to withhold two sets of responsive documents while awaiting a determination from the Secretary of Defense concerning whether these items constitute Department of Defense "critical infrastructure security information" ("DCRIT"). The two groups of materials are: (i) 46 documents containing data that resides within the Navy's Data Collection and Scheduling Tool ("DCAST") and Sierra Hotel Aviation Readiness Program ("SHARP") information technology systems; and (ii) 77 records containing information from the Federal Aviation Administration Performance Data Analysis and Reporting System ("PDARS"). As to the DCAST/SHARP and PDARS materials, the Court deferred ruling on the parties' cross-motions for summary judgment and stayed this matter until further order. *See* Order at 14 (docket no. 69). The Court has resolved all other issues in this case. *See id.*; *see also* Order (docket no. 50). While this litigation has been stayed, the Navy has filed three declarations, *see* docket nos. 71, 73, & 75, the latest of which indicates that, under authority delegated to him by the Secretary of Defense, the Director of Administration and Management has issued a written DCRIT determination regarding

MINUTE ORDER - 1

the 46 DCAST/SHARP records.  *See* Wallace Decl. at ¶¶ 6–8 & Ex. A (docket no. 75 & 75-1).  The Navy has engaged with the Office of the Secretary of Defense, but has not yet received a DCRIT determination relating to the 77 PDARS documents, which would likely be redundant of an earlier DCRIT finding.  *See* Haagensen Decl. at ¶¶ 12–14 (docket no. 71); Haagensen Decl. at ¶¶ 11–12 (docket no. 73); *see also* Order at 6 (docket no. 69).  The parties are DIRECTED to meet and confer and to file a Joint Status Report within twenty-eight (28) days of the date of this Minute Order addressing:  (i) the status of the deferred portions of the parties' cross-motions, docket nos. 27 & 32, with respect to the DCAST/SHARP materials; (ii) the expected date of a renewed DCRIT decision about the 77 PDARS records; (iii) whether the stay of this matter should remain in place or be lifted; and (iv) if the case remains stayed, whether the parties should be required to periodically file Joint Status Reports and on what timing.

 (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2