THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

| NATIONAL PARKS CONSERVATION ASSOCIATION, | Case No. 2:19-cv-00645-TSZ |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATED MOTION TO STAY AND ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF NAVY, | |
| Defendant. | |

11

12

13

14

15

16

17       The parties, by and through their counsel of record, hereby provide this Joint Status

18   Report and Stipulated Motion to Stay following this Court's Order, Dk. 76:

19       1. At this time, the parties are attempting in good faith to resolve any remaining issues

20   between them without seeking further Court resolution.  Following this Court's Order directing

21   the parties to meet and confer and advise the Court whether this matter should remain stayed, the

22   parties have conferred in good faith and jointly stipulate that this case should be stayed so as the

23   parties may attempt to resolve any remaining issues between them through a potential settlement

24   and dismissal of this action and without further motions practice.

25       2. Based on the good cause identified above, and in order to try to conserve judicial

26   resources, the parties jointly propose to provide this Court with a status update within 90 days.

27

28   JOINT STATUS REPORT AND STIPULATED MOTION TO STAY
     AND ORDER
     2:19-cv-00645-TSZ
     PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 28th day of September, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-4358
Fax:  206-553-4067
Email:  katie.fairchild@usdoj.gov
Attorneys for Defendant

s/ Thomas Buchele
Thomas Buchele (pro hac vice OSB #081560)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
tbuchele@lclark.edu

s/ Claire E. Tonry
Claire E. Tonry (WSBA #44497)
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883
Attorneys for Plaintiff

JOINT STATUS REPORT AND STIPULATED MOTION TO STAY
AND ORDER
2:19-cv-00645-TSZ
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**IT IS SO ORDERED.**

Dated this 28th day of September, 2021.

_____
Thomas S. Zilly
United States District Judge

JOINT STATUS REPORT AND STIPULATED MOTION TO STAY
AND ORDER
2:19-cv-00645-TSZ
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970