UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF NAVY,<br><br>                    Defendant. | Case No. 2:19-cv-00645-TSZ<br><br>JOINT STATUS REPORT AND STIPULATED MOTION TO STAY AND ORDER |

The parties, by and through their counsel of record, hereby provide this Joint Status Report and Stipulated Motion to Stay following this Court's Order, Dk. 80:

1. Since the last status report, the parties have entered settlement negotiations and have made progress towards settlement. The parties jointly propose that this matter be stayed for an additional 45 days to determine whether they may be able to reach a settlement and dismissal of this action without further Court action.

2. Based on the good cause identified above, and to try to conserve judicial resources, the parties jointly propose to provide this Court with a status update within 45 days.

//

//

JOINT STATUS REPORT AND STIPULATED MOTION TO STAY AND ORDER – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 17th day of February, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Ste 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendant*

*s/ Thomas Buchele*
Thomas Buchele (*pro hac vice* OSB #081560)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Phone: (503) 768-6894
Email: tbuchele@lclark.edu

*s/ Claire E. Tonry*
Claire E. Tonry (WSBA #44497)
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98112
Phone: (206) 860-2883
*Attorneys for Plaintiff*

# ORDER

**IT IS SO ORDERED.**

Dated this 1st day of March, 2022.

                                            *Thomas S. Zilly*
                                    Thomas S. Zilly
                                    United States District Judge