UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PARKS CONSERVATION ASSOCIATION,

Plaintiff,

v.

U.S. DEPARTMENT OF THE NAVY,

Defendant.

C19-645 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, _see_ Joint Status Report (docket no. 83), and plaintiff's counsel having telephonically confirmed that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice. The parties' stipulated motion, docket no. 83, to stay this matter for an additional 60 days is STRICKEN as moot.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 19th day of April, 2022.

Thomas S. Zilly
United States District Judge

ORDER - 1